**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Jerrell E. COATES, Defendant–Appellant.**

**No. 13–2307.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 5, 2013.

Filed: Nov. 12, 2013.

---

Laine Cardarella, Asst. Fed. Public Defender, Kansas City, MO (Stephen C. Moss, Acting Fed. Public Defender, on the brief), for appellant.

Bruce E. Clark, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before MURPHY, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Jerrell Coates directly appeals after he pleaded guilty to being a felon in possession of a firearm and the district court[1] imposed a sentence at the low end of the Guidelines range. His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the prison term imposed by the district court is unreasonable.

Upon careful review, we conclude that the district court did not abuse its discretion in sentencing Coates. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir.2009) (en banc). Further, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw, subject to counsel informing Coates about procedures for seeking rehearing or filing a petition for certiorari.

---

1. The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.